Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Joshua James Snyder | § | |
| and | § | CASE NO. 08-70177-HDH-13 |
| Courtney Denise Snyder | § | |
| | § | |
| DEBTORS | § | |

## MOTION FOR DEBTORS' AUTHORITY TO OBTAIN CREDIT
## TO REFINANCE A VEHICLE

TO THE HONORABLE JUDGE OF SAID COURT:

DEBTORS, Joshua James Snyder and Courtney Denise Snyder file this Motion for Debtors' Authority to Obtain Credit to Refinance a Vehicle, and would respectfully show the Court as follows:

1. Debtors' Chapter 13 case was filed on May 9, 2008.
2. Debtors' case was confirmed on June 27, 2008.
3. Debtors wish to refinance their current vehicle, which is being leased. The lease is set to expire October 25, 2009. The loan amount will not exceed $20,352.86.  Nissan Motor Acceptance Corporation is attempting to assist the Debtors with financing and have provided this office with the attached "Good Faith Estimate".  See Exhibit "A"
4. Debtors propose to repay the financed amount over 60 months at approximately 17.74% interest with a monthly payment of approximately $517.70. Additionally, Debtors request that the Court grants them permission to pay such expenses of purchase as set forth in the said attached estimate.
5. Amended Schedule I and J of Debtors' Voluntary Petition on file with the Clerk of this Court reflects sufficient disposable income to make the required payments of approximately $517.70 per month toward the refinance of the vehicle.
6. Debtors request permission to pay the amount of $400.00 directly to Monte J. White and

Associates, P.C. for the preparation and filing of this motion.

FOR THESE REASONS, Debtors request an order allowing the refinance as set forth herein, and for such other and further relief to which Debtors may show themselves entitled.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2009, a true and correct copy of the foregoing was served on all parties in interest listed on the following mailing list by ECF and/or regular mail.

/s/Monte J. White
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 08-70177-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Tue Sep 29 11:30:10 CDT 2009 | Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| AAFES/MIL STAR/EXCHANGE<br>P O Box 740933<br>Dallas, TX 75374-0933 | Amsher Collection Services<br>600 Beacon Pkwy W Suite 300<br>Birmingham, AL 35209-3114 | Bank of America<br>P.O. Box 2284<br>Brea, CA 92822-2284 |
| Calvary Portfolio Services<br>P.O. Box 1017<br>Hawthorne, NY 10532-7504 | Career Blazers Learning Center<br>Attention: Maria Duran<br>290 Madison Ave<br>3rd Floor<br>New York, NY 10017-6363 | Cavalry Portfolio Services, LLC<br>7 Skyline Drive, Third Floor<br>Hawthorne, NY 10532-2156 |
| First National Bank of Lubbock<br>1500 Broadway<br>Lubbock, TX 79401-3117 | GEMB-Dillards<br>P.O. Box 960012<br>Orlando, FL 32896-0012 | HBC Property Managers, LP<br>2651 Horseshoe Lake Road<br>Iowa Park, Texas 76367-8152 |
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 | HSBC-Best Buy<br>Retail Services<br>P.O. Box 5238<br>Carol Stream, IL 60197-5238 | HSBC-Best Buy<br>Retail Services<br>P.O. Box 60148<br>City of Industry, CA 91716-0148 |
| IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75242-1001 | Lions Court<br>1200 Thompson Rd.<br>Wichita Falls, Texas 76301-7404 | MagnUS Services, Inc.<br>P.O. Box 43730<br>Baltimore, MD 21236-0730 |
| Military Star<br>P.O. Box 78731<br>Phoenix, AZ 85062-8731 | Moore & McCollum, P.C.<br>Attorneys At Law<br>961 Walnut Street<br>Macon, Georgia 31201-1906 | NCO Financial Systems<br>GE Money-Dillards<br>P.O. Box 960012<br>Orlando, FL 32896-0012 |
| Nissan - Infiniti LT<br>Po Box 660366<br>Dallas TX 75266-0366 | Nissan Motor Acceptance Corporation<br>P.O. Box 650679<br>Dallas, Texas 75265-0679<br>Lease No. :25005774048 | PRA Receivables Management, Llc<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Southwestern Bell Telephone<br>POB 41067<br>NORFOLK VA 23541-1067 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Robins Federal Credit<br>803 Watson Blvd<br>Warner Robins, GA 31093-3400 | T Mobile USA Inc<br>Attn: Bankruptcy Dept.<br>PO Box 53410<br>Bellevue, Wa 98015-3410<br>? |
| T-Mobile<br>P.O. Box 660252<br>Dallas, Texas 75266-0252 | (p)VOLKSWAGEN CREDIT UNION<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 | Wells Fargo Bank<br>Overdraft Recovery Payment Pro. Dept.<br>A0143-042<br>P.O. Box 63491<br>San Francisco, Ca 94163-0001 |

| | | |
|---|---|---|
| eCAST Settlement Corporation<br>Assignee of HSBC Bank Nevada<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | eCAST Settlement Corporation assignee of<br>GE Money Bank/DILLARDS<br>POB 35480<br>Newark NJ 07193-5480 | Courtney Denise Snyder<br>1200 Thompson Rd. Apt. 1414<br>Wichita Falls, TX 76301-7464 |
| Joshua James Snyder<br>1200 Thompson Rd. Apt. 1414<br>Wichita Falls, TX 76301-7464 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Wichita Falls, TX 76301-5009 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 |
| Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Volkswagon Credit Inc.
1401 Franklin Blvd
Libertyville, IL 60048

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)HSBC Bank Nevada, N.A.

End of Label Matrix
Mailable recipients    36
Bypassed recipients     1
Total                  37